UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO ROLLERO-SUARES<br>(TDCJ No. 1479344),<br><br>　　　　Petitioner,<br><br>VS.<br><br>LORIE DAVIS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>　　　　Respondent. | CIVIL ACTION NO.<br><br>3:17-CV-2133-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court further directs the Clerk of the Court to open for statistical purposes a new Section 2254 case (nature of suit 530 directly assigned, per Special Order

3-250, to the undersigned and United States Magistrate Judge David L. Horan) and to close the same on the basis of this order.

**SO ORDERED.**

May ~~April~~ 9, 2019.

```
            A. Joe Fish
    ─────────────────────────────
    A. JOE FISH
    Senior United States District Judge
```